IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
                                    :
In re:                              :    Chapter 11
                                    :    Case Nos. 00-3837 (JKF)
OWENS CORNING, et al.,              :    (Jointly Administered)
                                    :
        Debtors.                    :    [Related to Docket Nos.: 16571, 16668,
                                    :    16675, 16695, 16696, 16709, 16817 and
                                    :    16933 (Order)]
                                    :
------------------------------------------------------x
```

## NOTICE OF APPEAL

The *Ad Hoc* Committee of Preferred and Equity Security Holders in the above-captioned cases, by and through its undersigned counsel, hereby appeals pursuant to 28 U.S.C. §158(a)(2) the Order, Pursuant To 11 U.S.C. § 1121(d), Further Extending The Exclusive Period During Which The Debtors May File Plans Of Reorganization And Solicit Acceptances Thereto (the "Order") (Docket No. 16933) entered by United States Bankruptcy Court Judge Judith K. Fitzgerald in these cases on February 13, 2006.

The names of all parties to the Order and the names, addressees, and telephone numbers of their respective counsel are as follows:

**Parties:**          **Appellants:**

*The Ad Hoc Committee of Preferred and Equity Security Holders*

Edward S. Weisfelner
Robert J. Stark
BROWN RUDNICK BERLACK ISRAELS LLP
Seven Times Square
New York, New York  10036
(212) 209-4800

-and-

Anthony L. Gray
John C. Elstad
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, Massachusetts  02111
(617) 856-8200

-and-

Jeffrey C. Wisler
Christina M. Thompson
Marc J. Phillips
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware  19899
(302) 888-6258

**Appellees:**

*Owens Corning, et al.*

Larry Nyhan
James F. Conlan
Jeffrey C. Steen
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL  60603
(312) 853-7000

-and-

Norman L. Pernick
J. Kate Stickles
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6800

-and-

Charles O. Monk, II
Jay A. Shulman
SAUL EWING LLP
Lockwood Place, 500 East Pratt Street
Baltimore, MD  21202
(410) 332-8600

**Other Parties:**

*James J. McMonagle, Legal Representative for Future Claimants*

Edwin Harron
Sean T. Greecher
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  10900
(302) 571-6600

-and-

Jane W. Parver
Andrew A. Kress
Edmund M. Emrich
KAYE SCHOLER LLP
425 Park Avenue
New York, New York  10022
(212) 836-8000

*Official Representatives of the Bondholders and Trade Creditors*

Francis A. Monaco, Jr.
MONZACK & MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, Delaware  19801
(302) 656-8162

-and-

J. Andrew Rahl, Jr.
John B. Berringer
Howard D. Ressler
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York  10020
(212) 278-1000

*King Street Capital Management, L.L.C., D.E. Shaw Laminar Portfolios, L.L.C., Lehman Brothers Inc., Canyon Capital Advisors LLC, Plainfield Special Situations Master Fund Limited, Quadrangle Debt Opportunities Master Fund Ltd., QDRF Master Ltd., Davidson Kempner Capital Management, LLC, and Halcyon Asset Management LLC*

Lewis Kruger
Kenneth Pasquale
Denise K. Wildes
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York  10038
(212) 806-5400

-and-

Richard W. Riley
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware  19801
(302) 657-4942

-and-

William S. Katchen
DUANE MORRIS LLP
744 Broad Street, Suite 1200
Newark, NJ  07102
(973) 424-2000

*Official Committee of Asbestos Claimants*

Marla R. Eskin
Mark T. Hurford
CAMPBELL & LEVINE, LLC
800 North King Street, Suite 300
Wilmington, DE  19801
(302) 426-1900

-and-

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, New York  10152
(212) 319-7125

-and-

- 5 -

      Peter Van N. Lockwood
      CAPLIN & DRYSDALE, CHARTERED
      One Thomas Circle, N.W.
      Washington, D.C.  20005
      (205) 862-5000

      *Kelly Beaudin Stapleton, United States Trustee for Region 3*

      David M. Klauder, Esquire
      J. Caleb Boggs Federal Building
      844 King Street, Suite 2207, Lockbox 35
      Wilmington, DE  19801
      (302) 573-6441

[REMAINDER OF PAGE INTENTIONALLY BLANK]

| | |
|---|---|
| Dated: February 23, 2006<br>Wilmington, Delaware | **CONNOLLY BOVE LODGE & HUTZ LLP**<br><br>By: **/s/ Marc J. Phillips**<br>Jeffrey C. Wisler (No. 2795)<br>Christina M. Thompson (No. 3976)<br>Marc J. Phillips (No. 4445)<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899<br>(302) 658-9141<br><br>- and -<br><br>**BROWN RUDNICK BERLACK ISRAELS LLP**<br>Edward S. Weisfelner, Esq.<br>Robert J. Stark, Esq.<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br><br>-and-<br><br>Anthony L. Gray, Esq.<br>John C. Elstad, Esq.<br>One Financial Center<br>Boston, Massachusetts 02111<br>(617) 856-8200<br><br>**CO-COUNSEL TO THE *AD HOC* COMMITTEE[1]** |

#448533

---

[1] The current members of the *Ad Hoc* Committee of Preferred and Equity Security Holders are: Catalyst Investment Management Co. LLC, Deutsche Bank Securities, Inc., GSO Capital Partners LP, Hain Capital Group, LLC, Harbinger Capital Partners Master Fund I, Ltd., Plainfield Asset Management, LLC, Tudor Investment Corporation, and Venor Capital Management, LP.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

OWENS CORNING, et al.,

Debtors.

Chapter 11

Case Nos. 00-3837 (JKF)

(Jointly Administered)

Related to Docket No. _16571_

Hearing Date: January 30, 2006
Agenda Item No. 20

## ORDER, PURSUANT TO 11 U.S.C. § 1121(d), FURTHER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTORS MAY FILE PLANS OF REORGANIZATION AND SOLICIT ACCEPTANCES THERETO

Upon the motion, dated December 31, 2005 (the "Motion"),[1] of above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), seeking the entry of an order pursuant to Section 1121(d) of the Bankruptcy Code extending the exclusive periods of 11 U.S.C. § 1121 within which no other party may file a plan so that the Debtors may file and solicit acceptances of a plan of reorganization through and including July 31, 2006, without prejudice to requests of the Debtors for further extensions of the Exclusive Periods; and upon consideration of the Motion after due deliberation thereon; and good and sufficient cause appearing therefor; and due and proper notice of the Motion having been given; and it appearing that extending the Exclusive Periods through and including July 31, 2006 is in the best interests of the Debtors and their estates and creditors and other parties-in-interest; it is hereby

FOUND THAT:

---

[1] Unless otherwise, defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

530778.3

A.   Due and proper notice of the Motion has been given, and no other or further notice is required;

B.   For the reasons set forth in the Motion, sufficient cause exists to extend the Exclusive Periods through and including July 31, 2006, because, among other things:

   (1)   the Debtors' cases are extremely large and complex;

   (2)   the Debtors have made good faith progress toward proposing a plan of reorganization;

   (3)   sufficient time is necessary to permit the Debtors to negotiate an amended plan of reorganization;

   (4)   the Debtors are not using exclusivity to prejudice creditors; and

   (5)   granting the relief requested would not prejudice any party-in-interest.

C.   The relief requested in the Motion is appropriate and necessary to assist the Debtors in their efforts to reorganize or otherwise maximize the value of their estates; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1.   The Motion is GRANTED.

2.   The Exclusive Periods are, and hereby shall be, extended through and including July 31, 2006.

3.   Entry of this Order is, and hereby shall be, without prejudice to the Debtors' right to seek further extensions of the Exclusive Periods.

4.   Entry of this Order is, and hereby shall be, without prejudice to the right of parties-in-interest to seek to terminate or modify the Exclusive Periods.

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: ~~January~~ Feb. 13, 2006

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court  
David D. Bird

824 Market Street  
Wilmington, DE 19801  
(302) 252-2900

Date: March 17, 2006

To: U.S. District Court  
District of Delaware  
U.S. Courthouse - 844 King Street  
Wilmington, DE 19801

Re: **Owens Corning, et al.**  
**Case #00-3837 (JKF)**

Enclosed is the bankruptcy Record on **Appeal #AP-06-27, docket item no 17017.**

**Enclosed Items:**

**Notice of Appeal: #06-27**
**Appealable Orders: Docket item no. 16933**
**Appellants Designations: Docket item no. 17073**
**Appellee Designations: Docket item no. 17169**
**Transmittal letter: attached**

Sincerely,

Teresa Southerland  
Deputy Clerk

\_\_X\_\_ Filing fee paid on 2/23/2006  
\_\_\_\_\_ Filing fee not paid

# BANKRUPTCY APPEAL TRANSMITTAL SHEET

# FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

Bankruptcy Case Number: **00-3837 (JKF)**
Deputy Clerk Transferring Case: T. Southerland (302) 252-2900 x5134
Appeal #: **(AP-06-27)**

**Order, Date Entered and Issues**

Order Further Extending the Exclusive Periods During Which the Debtors May File Plans of Reorganization and Solicit Acceptances Thereto. [**Docket No. 16933**] Entered 2/13/2006]

| | |
|---|---|
| **Appellant:** | **The Ad Hoc Committee of Preferred and Equity Security Holders** |
| **Counsel:** | **Edward S. Weisfelner** |
| | **Robert J. Stark** |
| | BROWN RUDNICK BERLACK ISRAELS LLP |
| | Seven Times Square |
| | New York, New York 10036 |
| **Telephone:** | **(212) 209-4800** |

-and-

**Anthony L. Gray**
**John C. Elstad**
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, Massachuetts 02111

-and-

**Jeffery C. Wisler**
**Christina M. Thompson**
**Marc J. Phillips**
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Buiding
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

| | |
|---|---|
| **Appellee:** | **Owens Corning, et al** |
| **Counsel:** | **Larry Nyhan** |
| | **James F. Conlan** |
| | **Jeffrey C. Steen** |
| | SIDLEY AUSTIN LLP |
| | 1 South Dearborn Street |
| | Chicagoo, IL 60603 |
| **Telephone:** | **(312) 853-7000** |

-and-

**Norman L. Pernick**
**J.Kate Stickles**
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

-and-

**Charles O. Monk, II**
**Jay A. Shulman**
SAUL EWING LLP
Lockwood Place, 500 Pratt Street
Baltimore, MD 21202
**(410) 332-8600**