# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
In re:                                               :   Chapter 11
                                                     :
OWENS CORNING, et al.,                               :   Case No. 00-3837 (JKF)
                                                     :   (Jointly Administered)
                        Debtors.                     :
                                                     :
-----------------------------------------------------x
                                                     :
AD HOC COMMITTEE OF                                  :
PREFERRED AND EQUITY SECURITY                        :
HOLDERS,                                             :
                                                     :
                        Appellants,                  :
                                                     :
            v.                                       :
                                                     :   Related to Docket No. 17017
OWENS CORNING, et al.,                               :
                                                     :
                        Appellees.                   :
-----------------------------------------------------x
```

**APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**
(Order Granting Extension of Debtors' Exclusive Periods)

Pursuant to Fed. R. Bankr. P. 8006 and Del. Bankr. L.R. 8006-1, the appellants, the *Ad Hoc* Committee of Preferred and Equity Security Holders (the "*Ad Hoc* Committee"), submit this designation of items to be included in the record on appeal and statement of issues to be presented on appeal.

**Items To Be Included In The Record On Appeal**

1. Motion Of Debtors For Order, Pursuant To 11 U.S.C. §1121(d), Granting Further Extension Of Exclusive Periods To File And Solicit Acceptances Of Plan Of Reorganization [Docket No. 16571] (the "Exclusivity Motion").

2. Objection Of Ad Hoc Committee Of Preferred And Equity Holders To Debtors' Motion For Order, Pursuant to 11 U.S.C. §1121(d), Granting Further Extension Of Exclusive Period To File And Solicit Acceptances Of Plan Of Reorganization [Docket No. 16695].

3. Objection Of Official Representative Of The Bondholders And Trade Creditors To Motion Of Debtors For Order, Pursuant To 11 U.S.C. §1121(d), Further Extending The Exclusivity Periods During Which The Debtors May File Plans Of Reorganization And Solicit Acceptances Thereto [Docket No. 16696].

4. Objection Of Certain Bondholders To Motion Of Debtors For Order, Pursuant To 11 U.S.C. §1121(d), Granting Further Extension Of Exclusive Periods To File And Solicit Acceptances Of Plan Of Reorganization [Docket No. 16668].

5. [Corrected] Objection Of Certain Bondholders To Motion Of Debtors For Order, Pursuant To 11 U.S.C. §1121(d), Granting Further Extension Of Exclusive Periods To File And Solicit Acceptances Of Plan Of Reorganization [Docket No. 16817].

6. Response Of The Official Committee Of Asbestos Claimants In Support Of The Debtors' Motion For An Order Granting Further Extension Of Exclusive Periods To File And Solicit Acceptances Of Plan Of Reorganization [Docket No. 16709].

7. Response Of James J. McMonagle, Legal Representative For Future Claimants, In Support Of The Debtors' Motion For An Order Granting Further Extension Of Exclusive Periods To File And Solicit Acceptances Of Plan Of Reorganization [Docket No. 16675].

8. Transcript of hearing before the Bankruptcy Court held on January 30, 2006.

9. Order, Pursuant to 11 U.S.C. §1121(d), Further Extending The Exclusive Periods During Which The Debtors May File Plans Of Reorganization And Solicit Acceptances Thereto [Docket No. 16933] (the "Exclusivity Order").

10. Notice Of Appeal [Docket No. 17017].

11. Bankruptcy Court Docket of In re Owens Corning, *et al.*, Chapter 11, Case No. 00-3837 (JKF) (Jointly Administered), from December 31, 2005 through February 23, 2006.

## Issues To Be Presented On Appeal

1. Whether the Bankruptcy Court erred in granting the Exclusivity Motion and entering the Exclusivity Order.

2. Whether the Bankruptcy Court improperly imposed on the parties objecting to the Exclusivity Motion the burden of showing cause to terminate exclusivity when it was the Debtors' burden, pursuant to 11 U.S.C. § 1121(d), to show cause to extend the Debtors' exclusive periods.

3. Whether the Bankruptcy Court erred, pursuant to 11 U.S.C. §1121(d), in holding, in effect, that the Debtors had met their burden to show that cause existed to extend the Debtors' exclusive periods, particularly in light of the Debtors' lack of good faith in their plan negotiations and their failure, unlike similarly situated chapter 11 debtors facing large asbestos related liabilities, to include provisions in their current plan that maximize estate value for all constituents, including the Debtors' equity holders.

Dated: March 6, 2006         **CONNOLLY BOVE LODGE & HUTZ LLP**
     Wilmington, Delaware

**/s/ Marc J. Phillips**
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

- and -

**BROWN RUDNICK BERLACK ISRAELS LLP**
Edward S. Weisfelner, Esq.
Robert J. Stark, Esq.
Seven Times Square
New York, New York 10036
(212) 209-4800

-and-

Anthony L. Gray, Esq.
John C. Elstad, Esq.
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

**CO-COUNSEL TO THE *AD HOC* COMMITTEE**

#450727