IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| OWENS CORNING, *et al.*, | : | Case No. 00-03837 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| *AD HOC* COMMITTEE OF PREFERRED AND EQUITY SECURITY HOLDERS, | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | |
| | : | |
| OWENS CORNING, *et al.*, | : | Related to Docket Nos. 17017 and 17073 |
| | : | |
| Appellees. | : | |

**DEBTORS' DESIGNATION OF ADDITIONAL ITEMS TO BE
INCLUDED IN THE RECORD ON APPEAL OF THE COURT'S
FEBRUARY 13, 2006 ORDER, PURSUANT TO 11 U.S.C. § 1121(d),
FURTHER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH
THE DEBTORS MAY FILE PLANS OF REORGANIZATION
AND SOLICIT ACCEPTANCES THERETO**

Owens Corning and its affiliated debtors and debtors-in-possession in the above captioned cases, by and through their undersigned attorneys, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. LR 8006-1(a), hereby designate additional items to be included in the record in connection with the so-called *Ad Hoc* Committee of Preferred and Equity Security Holders' appeal of the Court's February 13, 2006 Order, Pursuant to 11 U.S.C. § 1121(d), Further Extending the Exclusive Periods During Which the Debtors May File Plans of Reorganization and Solicit Acceptances Thereto (Docket No. 16933), as follows:

533906.1 3/16/06

| Docket Number | Date | Document |
|---|---|---|
| N/A | N/A | Bankruptcy Court Docket for In re Owens Corning, et al., Chapter 11, Case No. 00-3837 (JKF) (Jointly Administered) from October 5, 2000 through February 13, 2006 |
| 14791 | March 31, 2005 | Memorandum and Order |
| 14792 | March 31, 2005 | Order Regarding the Total Amount of Contingent and Unliquidated Claims Against Owens Corning for Personal Injury or Death Caused by Exposure to Asbestos (including pending claims, future claims and contract claims) |
| 15653 | August 15, 2005 | PRECEDENTIAL OPINION [Roth, Ambro, Authoring Judge, and Fuentes, Circuit Judges] (No. 04-4080 U.S. Court of Appeals for the Third Circuit) |
| 15656 | August 15, 2005 | Judgment (IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated October 5, 2004 is hereby reversed and the matter remanded to the District Court. Costs taxed against appellees. All of the above in accordance with the opinion of this Court). Filed by U.S. Court of Appeals for the Third Circuit No. 04-4080 |
| 15698 | August 23, 2005 | Order Amending Published Opinion (RE: Civil Action No. 04-cv-4080). Signed by the Honorable Thomas L. Ambro, Circuit Judge |
| 15761 | September 2, 2005 | Order Amending Published Opinion (re: Civil Action No. 04-cv-4080). Signed by the Honorable Thomas L. Ambro, Circuit Judge |

| Docket Number | Date | Document |
|---|---|---|
| 16047 | October 12, 2005 | Order Amending Published Opinion. Civil Action No. 04-cv-4080. Signed by the Honorable Thomas L. Ambro, Circuit Judge |
| 16333 | November 18, 2005 | Transcript of hearing held on November 14, 2005 before The Honorable Judith K. Fitzgerald |
| 16567 | December 31, 2005 | Disclosure Statement with Respect to Fifth Amended Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and Debtors-in-Possession (Dated as of December 31, 2005) (Including Attachments) |
| 16568 | December 31, 2005 | Notice of Document Entered in Error (Omitted Exhibits) |
| 16569 | December 31, 2005 | Disclosure Statement with Respect to Fifth Amended Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and Debtors-in-Possession (Dated as of December 31, 2005) (Including Attachments) |
| 16570 | December 31, 2005 | Notice of Filing Disclosure Statement with Respect to Fifth Amended Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and Debtors-in-Possession and Fifth Amended Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and Debtors-in-Possession |

| Docket Number | Date | Document |
|---|---|---|
| 16809 | January 27, 2006 | Supplement to Disclosure Statement with Respect to Fifth Amended Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and Debtors-in-Possession and Fifth Amended Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and Debtors-in-Possession (Including Attachments) |
| 16811 | January 27, 2006 | Notice of Filing Supplement to Disclosure Statement with Respect to Fifth Amended Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and Debtors-in-Possession and Fifth Amended Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and Debtors-in-Possession |
| 16818 | January 27, 2006 | Notice of Hearing to Consider Approval of Disclosure Statement with Respect to Fifth Amended Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and Debtors-in-Possession |

Dated:  March 16, 2006

SAUL EWING LLP

By: */s/ Mark Minuti*
Norman L. Pernick (No. 2290)
Mark Minuti (No. 2659)
J. Kate Stickles (No. 2917)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
(302) 421-6800

and

Charles O. Monk, II, Esquire
Lockwood Place
500 East Pratt Street
Baltimore, MD 21202
(410) 332-8672

Counsel to Owens Corning, *et al.,*
Debtors and Debtors-In-Possession