IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 4

IN RE: Owens Corning et al

|   |   |   |
|---|---|---|
| Ad Hoc Committee of Preferred and Equity Security Holders | ) ) |   |
| Appellant | ) | Civil Action No.   06-184   JPF |
| v. | ) ) ) |   |
| Owens Corning et al | ) |   |
| Appellee | ) | Bankruptcy Case No. 00-3837 AP 06-27 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 2/13/06 was docketed in the District Court on 3/17/06:

> Order Further Extending the Exclusive Periods during which the Debtors may File Plans of Reorganization and Solicit Acceptances thereto.

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief.** Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   March 17, 2006

To:   U.S. Bankruptcy Court
        Counsel