IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                                   :
                                                         :
OWENS CORNING, *et al.*,                                 :   Civil Action No. 06-184 (JPF)
                                                         :
                Debtors.                               :
                                                         :
---------------------------------------------------------x
                                                         :
*AD HOC* COMMITTEE OF                                    :
PREFERRED AND EQUITY SECURITY                            :
HOLDERS,                                                 :
                                                         :
                                                         :   Bankruptcy Case No. 00-3837
                                                         :
                Appellants,                            :
                                                         :
        v.                                             :
                                                         :
OWENS CORNING, *et al.*,                                 :
                                                         :
                Appellees.                             :
---------------------------------------------------------x

**THE *AD HOC* COMMITTEE OF PREFERRED AND EQUITY SECURITY
HOLDERS' NOTICE OF COMPLETION OF BRIEFING AND
<u>REQUEST FOR ORAL ARGUMENT</u>**

The undersigned hereby certifies that briefing concerning the appeal to the United States District Court for the District of Delaware (the "<u>Exclusivity Order Appeal</u>") by the *Ad Hoc* Committee of Preferred and Equity Security Holders (the "*Ad Hoc* <u>Committee</u>") of the *Order, Pursuant to 11 U.S.C. § 1121(d), Further Extending The Exclusive Periods During Which The Debtors May File Plans Of Reorganization And Solicit Acceptances Thereto* [Bankruptcy Court Docket No. 16933] dated February 13, 2006, is now complete.

In addition, pursuant to Fed. R. Bankr. P. 8012 and D. Del. L.R. 7.1.4, the *Ad Hoc* Committee respectfully requests oral argument on the Exclusivity Order Appeal. Oral argument is appropriate under the circumstances as an aid to the Court and in the interest of fairness to the parties because of the complexity of the issues involved.

Dated: May 1, 2006
Wilmington, Delaware

**CONNOLLY BOVE LODGE & HUTZ LLP**

**/s/ Jeffrey C. Wisler**
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

- and -

**BROWN RUDNICK BERLACK ISRAELS LLP**
Edward S. Weisfelner, Esq.
Robert J. Stark, Esq.
Seven Times Square
New York, New York 10036
(212) 209-4800

-and-

Anthony L. Gray, Esq.
John C. Elstad, Esq.
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

**CO-COUNSEL TO THE *AD HOC* COMMITTEE**

#462076

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2006, I electronically filed **The *Ad Hoc* Committee of Preferred and Equity Security Holders' Notice of Completion of Briefing and Request for Oral Argument** with the Clerk of Court using CM/ECF, and served the document as indicated upon the following counsel.

**BY HAND DELIVERY**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Saul Ewing LLP
222 Delaware Avenue
Wilmington, DE 19801

Edwin Harron, Esq.
Sean T. Greecher, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Francis A. Monaco, Jr., Esq.
Monzack & Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

David M. Klauder, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

William H. Sudell, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801


**BY TELEFAX AND FIRST CLASS U.S. MAIL**

Larry Nyhan, Esq.
James F. Conlan, Esq.
Jeffrey C. Steen, Esq.
Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 60603

Jane W. Parver, Esq.
Andrew A. Kress, Esq.
Edmund M. Emrich, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Charles O. Monk, II, Esq.
Jay A. Shulman, Esq.
Saul Ewing LLP
Lockwood Place, 500 East Pratt Street
Baltimore, MD 21202

Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C.  20005

J. Andrew Rahl, Jr., Esq.
John B. Berringer, Esq.
Howard D. Ressler, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Denise K. Wildes, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

| | |
|---|---|
| William S. Katchen, Esq.<br>Duane Morris LLP<br>744 Broad Street, Suite 1200<br>Newark, NJ 07102 | Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152 |
| James I. McClammy, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017 | |

                                              **/s/ Jeffrey C. Wisler**
Jeffrey C. Wisler (#2795)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
jwisler@cblh.com

#461765