# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re OWENS CORNING, INC., *et al.*, <br><br> Debtors. | Bankruptcy Case No. 00-3837 (JKF) |
| *AD HOC* COMMITTEE OF PREFERRED AND EQUITY SECURITY HOLDERS, <br><br> Appellant, <br><br> v. <br><br> OWENS CORNING, *et al.*, <br><br> Appellee. | Civil Action No. 06-184 (JPF) <br><br> **Related to Docket No. 9** |

## AFFIDAVIT OF SERVICE

I, Pauline Z. Ratkowiak, of Saul Ewing LLP, hereby certify that on June 5, 2006, a copy of the signed **Stipulation and Order of Dismissal** was served by First Class U.S. Mail on the parties on the attached service list.

                                          SAUL EWING LLP

By:  */s/ Pauline Z. Ratkowiak*
       Pauline Z. Ratkowiak, Paralegal
       222 Delaware Avenue, Suite 1200
       Wilmington, DE  19801
       (302) 421-6800

Sworn to and Subscribed
this 6th day of June, 2006

*/s/ Paula Subda*
      Notary Public

536844.1

**Owens Corning, *et al*.**
***Ad Hoc* Committee of Preferred and Equity Security Holders**
**v. Owens Corning, *et al*. (Civil Action No. 06-184 (JPF))**
**SERVICE LIST – Stipulation and Order of Dismissal**

Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols, Arsht and Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

David M. Klauder, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Richard W. Riley, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Francis A. Monaco, Jr., Esquire
Monzack & Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Edwin Harron, Esquire
Sean T. Greecher, Esquire
Young Conaway Stargatt & Taylor, LLP
1001 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Edward S. Weisfelner, Esquire
Robert J. Stark, Esquire
Brown Rudnick Berlack Israels LLP
Seven Time Square
New York, NY 10036

Anthony L. Gray, Esquire
John C. Elstad, Esquire
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Denise K. Wildes, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

536844.1

James I. McClammy, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Jane W. Parver, Esquire
Andrew A. Kress, Esquire
Edmund Emrich, Esquire
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

J. Andrew Rahl, Jr., Esquire
John B. Berringer, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

James F. Conlan, Esquire
Larry Nyhan, Esquire
Jeffrey C. Steen, Esquire
Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 60603

536844.1